IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CV- |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JACKIE L. BARFIELD, | ) | COMPLAINT |
| | ) | |
| Defendant. | ) | |

Comes now the Plaintiff and for its cause of action against the Defendant states:

1. This Court has jurisdiction under 28 U.S.C. Section 1345.

2. The Defendant, Jackie L. Barfield, resides within the District of Nebraska.

3. Defendant is indebted to Plaintiff in the principal amounts of $4,433.28, plus interest at the rate of 6.10% per annum from the date of default. Attached hereto as Exhibit "A" is a Certificate of Indebtedness prepared by the Department of Education.

4. Defendant is indebted to Plaintiff in the principal amounts of $109,793.00, plus interest at the rate of 8.13% per annum from the date of default. Attached hereto as Exhibit "B" is a Certificate of Indebtedness prepared by the Department of Education.

5. Defendant has failed to repay the aforesaid amounts although demand has been duly made.

WHEREFORE, Plaintiff prays for judgment against the Defendant in the sum of $114,226.28 principal, interest in the amount of $53,273.74, administrative charges in the amount of $1.26, plus interest thereon from April 4, 2006, at the rate of 6.10% and 8.13% per annum to the date of entry of judgment herein, and thereafter with interest at the current legal rate which will be compounded annually pursuant to the provision of 28 U.S.C. Section 1961(b); filing fees allowed pursuant to 28 U.S.C. §2412(a)(2), and for such other and further relief as the court may deem proper.

        UNITED STATES OF AMERICA,
        Plaintiff,

By:   MICHAEL G. HEAVICAN
       United States Attorney
       District of Nebraska

And:  s/ Laurie M. Barrett
       LAURIE M. BARRETT, 17584
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE 68102-1506
       Tel: (402) 661-3700
       Fax: (402) 661-3081
       E-mail:   laurie.barrett@usdoj.gov

## REQUEST FOR PLACE OF TRIAL

The United States of America hereby requests that trial of the above-captioned matter be held in Omaha, Nebraska.

        s/ Laurie M. Barrett
        LAURIE M. BARRETT
        Assistant U.S. Attorney