# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Jackie L. Barfield
aka Jackie L. Haymon, Jackie Law Barfield
aka Jackie Lafaye Riveria, Jackie Barfield

Omaha, NE 68104
SSN: -3610

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/04/06.

On or about 01/27/93, the borrower executed promissory note(s) to secure loan(s) of $3,983.00, from Northwest Bank South Dakota NA at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by Nebraska Student Loan Program and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/05/94, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4,433.28 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 06/20/00, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $334.82 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $4,433.28 |
| Interest: | $3,020.62 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $1.26 |
| Total debt as of 04/04/06: | $7,455.16 |

Interest accrues on the principal shown here at the current rate of rate of 6.10% and a daily rate of $0.74 through June 30, 2006, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/3/06     Name: Jessica Liu
                        Title: Loan Analyst

A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS**

Jackie L. Barfield
aka Jackie L. Haymon, Jackie Law Barfield
aka Jackie Lafaye Riveria, Jackie Barfield

Omaha, NE 68104

SSN: ——-3610

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/04/06.

On or about 02/23/00, the borrower executed promissory note(s) to secure loan(s) of $67,062.96, and 41,141.42, from the U.S. Department of Education. This loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et. seq. (34 CFR Part 685). The Department demanded payment according to the terms of the note(s), and the borrower defaulted on the obligation on 04/17/01. The Department has credited $1,630.18 from all sources, including Treasury Department offsets, if any to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $109,793.00 |
| Interest: | $50,253.12 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 04/04/06: | $160,046.12 |

Interest accrues on the principal shown here at the rate of rate of 8.13% per annum and a daily rate of $24.46.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/3/06

Name: Jessica
Title: Loan Analyst
Branch: Litigation

Jessica Liu
Loan Analyst