## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CV432** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JACKIE L. BARFIELD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's oral motion for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f) and to provide the required disclosures pursuant to Fed. R. Civ. P. 26(a)(1). The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall report to the court **on or before December 15, 2006,** regarding their discovery plan.

DATED this 7th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge