## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JACKIE L. BARFIELD, ) <br> ) <br> Defendant. ) | 8:06CV432 <br><br> ORDER |

This matter is before the court following a planning conference with counsel for the parties on April 20, 2007.

**IT IS ORDERED:**

The planning conference with the undersigned magistrate judge is continued. The parties shall have **ten (10) working days** following the ruling on the plaintiff's motion to dismiss the counterclaim (Filing No. 26) to contact the undersigned magistrate judge's chambers for a date and time to schedule a telephone planning conference.

DATED this 20th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge