# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV432 |
| vs. ) | |
| ) | ORDER |
| JACKIE L. BARFIELD, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following Chief Judge Joseph F. Bataillon's memorandum and order denying plaintiff's motion to dismiss (Filing No. 32). On April 20, 2007, following a telephone conference with the parties, the court continued the planning conference pending a ruling on the plaintiff's motion to dismiss the counterclaim (Filing No. 28). Thus,

**IT IS ORDERED:**

A **telephone** planning conference with the undersigned magistrate judge is scheduled for **September 7, 2007** at **1:30 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 22nd day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge