# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CV432** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **JACKIE BARFIELD,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on March 14, 2008.

**IT IS ORDERED:**

1. A status conference with counsel and the defendant will be held **at 10:00 a.m. on March 21, 2008**, in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. All counsel and the defendant, Jackie Barfield, will be present in person for the conference.

2. The government's motion to extend the progression order (Filing No. 58) is held in abeyance pending the status conference on March 21, 2008.

DATED this 14th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge