# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CV432 |
| vs. | ) | ORDER |
| JACKIE L. BARFIELD, | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Extend Progression Order (Filing No. 58) and the defendant's Motion to Continue Hearing (Filing No. 61). The defendant's motion is denied, however the defendant, Ms. Barfield, was excused from participating at the hearing in person. The court conducted a conference with counsel on March 21, 2008, in chambers. Present for the conference were Assistant U.S. Attorney Laurie M. Barrett, for the plaintiff, and Timothy L. Ashford, for the defendant. Following a discussion with counsel, the parties represented they intend to file motions for summary judgment. Accordingly, the plaintiff's motion will be granted to allow sufficient time for filing such motions before scheduling the matter for trial. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend Progression Order (Filing No. 58) is granted, as set forth herein. The parties shall have until **April 11, 2008**, to file any motions for summary judgment. The balance of the progression deadlines are stayed pending resolutions of any motions for summary judgment. In the event no motions are filed, the court will schedule a final pretrial conference and set this matter for trial.

2. The defendant's Motion to Continue Hearing (Filing No. 61) is denied.

DATED this 21st day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge