FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 APR 14 AM 10: 55

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:06CV432 |
| vs. | ) |
| JACKIE L. BARFIELD, | ) |
| Defendant. | ) |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to the entry of a consent judgment in the sum of $186,173.51 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full and court costs in the amount of $451.91.

3. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

4. Costs shall be paid by the defendant.

JACKIE L. BARFIELD
Defendant,

TIMOTHY L. ASHFORD
Attorney for Defendant
Empire State Building
300 S. 19th St., Suite 316
Omaha, NE 68102
(402) 342-8888

UNITED STATES OF AMERICA,
Plaintiff,

JOE W. STECHER
United States Attorney

LAURIE M. BARRETT
Assistant U. S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68101
(402) 661-3700

APPROVED THIS __14__ day of __April__, 2008, accruing at the legal rate of __1.63__ % per annum from the date of this judgment, until paid in full and court costs.

JOSEPH F. BATAILLON
JUDGE, U. S. DISTRICT COURT